UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MYCHAL ANDRA REED,
CDCR #AE-9821,

Plaintiff,

vs.

DANIEL PARAMO, Warden,

Defendant.

Case No.: 3:18-cv-00361-JLS-JMA

**ORDER GRANTING MOTION FOR CIVIL DOCKET COPY**

(ECF No. 19)

Presently before the Court is Plaintiff Mychal Andra Reed's Motion for Civil Docket Copy (ECF No. 19). Plaintiff "believes he is entitled to receive civil dockets (and cop[ies] of docket documents) free of charge" because he "is . . . an indigent inmate" and "it is prejudicial toward him not to be able to receive a free copy of [the] civil docket (inter alia) when defendant has open access via internet to view docket entries." *Id.* at 1. He also "has no other way than viewing [the] civil docket to know that this court has received his reply(s) or motion(s)," especially because Plaintiff believes "defendant can (and will) intercept or delay his documents sent to this court to benefit their cause." *Id.* at 2.

The Court understands the difficulties facing pro se prisoners in litigating their cases. *See, e.g.*, Michael W. Martin, *Foreword: Root Causes of the* Pro Se *Prisoner Litigation Crisis*, 80 Fordham L. Rev. 1219, 1226 (2011) ("[I]ncarceration itself imposes upon pro se

1

3:18-cv-00361-JLS-JMA

prisoners another layer of steep disadvantages that non-prisoner pro se litigants do not face."). It is for that reason that the Supreme Court has long counseled that "[a] document filed *pro se* is "to be liberally construed." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)).

Here, the Court sees no indication from Plaintiff's Motion that Plaintiff is not receiving copies of all documents filed by the Court and Defendant. The Court therefore **DENIES** Plaintiff's request to the extent Plaintiff asks for "cop[ies] of docket documents." The Court will, however, **GRANT** Plaintiff's request for a copy of the docket in this matter. *See, e.g.*, *Crump v. Sanchez*, No. 14CV1296-CAB BLM, 2015 WL 3622317, at *15 (S.D. Cal. June 1, 2015), *aff'd*, 698 F. App'x 439 (9th Cir. 2017); *Lino v. Kellerman*, No. 10CV0449 BTM (JMA), 2010 WL 2756973, at *1 (S.D. Cal. July 12, 2010); *Warren v. Kolender*, No. 05CV2095LABNLS, 2007 WL 951833, at *6 (S.D. Cal. Mar. 13, 2007). Consequently, the Clerk is **HEREBY ORDERED** to mail Plaintiff a copy of the docket in this matter.

**IT IS SO ORDERED**.

Dated: August 28, 2018

Hon. Janis L. Sammartino
United States District Judge

2

3:18-cv-00361-JLS-JMA