UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>                            Plaintiff,<br>v.<br>DANIEL PARAMO, et al.,<br>                            Defendants. | Case No.: 18cv361-JLS-LL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR STAMPED COPY OF ECF NO. 113**<br><br>**[ECF No. 122]** |

      Currently before the Court is Plaintiff's request for a court-stamped copy of Plaintiff's second request to replace the magistrate judge and clerk assigned to his case [ECF No. 113]. ECF No. 122. Plaintiff states that he is requesting the copy because he is proceeding in forma pauperis and cannot afford copies. Id. "The statute providing authority to proceed in forma pauperis, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment." Davidson v. Sullivan, No. 17cv0421 H (MDD), 2018 WL 2837472, at *42 (S.D. Cal. June 8, 2018), report and recommendation adopted sub nom. Davidson v. Kernan, No. 3:17-cv-00421-H-MDD, 2018 WL 3913395 (S.D. Cal. Aug. 15, 2018); see also Tedder v. Odel, 890 F.2d 210, 211 (9th Cir. 1989) (finding 28 U.S.C. § 1915 does not waive costs of litigation other than filing of the complaint and service of process). Nevertheless, the Court will allow this request but warns Plaintiff that any further

1

requests will need to demonstrate a specific showing of need. See <u>Davidson v. Sullivan</u>, 2018 WL 2837472, at *42. Accordingly, the Court **GRANTS** Plaintiff's request for a court-stamped copy of ECF No. 113 and **DIRECTS** the Office of the Clerk to mail the copy to Plaintiff.

**IT IS SO ORDERED**.

Dated: April 6, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge