UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>                     Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, et al.,<br><br>                    Defendants. | Case No.: 18-cv-00361-JLS (DEB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LAW LIBRARY ACCESS AS MOOT**<br><br>**[DKT. NOS. 176, 184]** |

      Before the Court are Plaintiff's "Declaration(s)" requesting "actual law library" access. Dkt. Nos. 176, 184. The Court construes Plaintiff's Declarations as a motion to compel access to the law library. Defendants responded that physical library access at the Richard J. Donovan Correctional Facility (RJDCF), where Plaintiff is incarcerated, "resumed in early October, 2020." Dkt. No. 180 at 3. Defendants also claim "Plaintiff received physical library access at noon on October 9, 2020." *Id*. at 3. In light of these representations, the Court DENIES Plaintiff's Motion as moot.

//
//
//
//
//

1

The Court requests, however, that Defendants provide Plaintiff with physical law library access to the maximum extent that is permitted under RJDCF's policies and procedures and consistent with its administrative operations.

**IT IS SO ORDERED**.

Dated:  November 6, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge