UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MYCHAL ANDRA REED,

Plaintiff,

v.

DANIEL PARAMO, et al.,

Defendants.

Case No.:  18-cv-00361-JLS (DEB)

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

**[DKT. NO. 191]**

Before the Court is "Plaintiff's Reply to this Court's Denial of His Motion for Law Library Access." Dkt. No. 191. Plaintiff seeks reconsideration of the Court's Order dated November 6, 2020 denying Plaintiff's Motion for Law Library Access as Moot. Dkt. No. 191 at 1. Additionally, Plaintiff requests "copies of his responsive documents to Defendants['] Motion for Summary Judgment." *Id*. at 2.

Defendants informed the Court that: (1) Plaintiff accessed the law library eight times since October 9, 2020 (four of which were the central library); (2) Plaintiff's Priority Library User status expired on December 2, 2020, and Plaintiff has not re-applied for this status to ensure continued library access; (3) at the Facility A library annex, Plaintiff has access to LexusNexus and can request legal materials from the central library; (4) Defendants are capable of providing Plaintiff with photocopies of Plaintiff's legal paperwork; and (5) Defendants reverted to the "paging system" for library access to

1

"combat the spread of the [COVID-19] virus among the inmate population." Dkt. No. 194 at 1–3.

The Court has carefully reviewed the pleadings and finds no basis to reconsider its November 6, 2020 Order. *See* Civil Local Rule 7.1(i). The Court, therefore, **DENIES** Petitioner's Motion for Reconsideration.

The Court requests Defendants provide Plaintiff with "copies of his responsive documents to Defendants['] Motion for Summary Judgment" by December 21, 2020.

**IT IS SO ORDERED.**

Dated:  December 9, 2020

Honorable Daniel E. Butcher
United States Magistrate Judge

18-cv-00361-JLS (DEB)