IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>                              Plaintiff,<br><br>   v.<br><br>DANIEL PARAMO, et al.,<br><br>                            Defendants. | Case No. 18-cv-00361-JLS (DEB)<br><br>**ORDER GRANTING:**<br><br>**(1) DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE [DKT. NO. 196]; AND**<br><br>**(2) PLAINTIFF'S REQUEST TO RESCHEDULE SETTLMENT CONFERENCE [DKT. NO. 197]**<br><br>**AND AMENDED SCHEDULING ORDER** |

      Before the Court is Defendants' Ex Parte Application to Continue the Mandatory Settlement Conference Because of Plaintiff's Recent COVID-19 Diagnosis and Plaintiff's Request for This Court to Reschedule Settlement Conference. Dkt. Nos. 196, 197. Good cause appearing, the Court **GRANTS** the Application and Request. The case management dates are reset as follows:

1

| Event | New Date/Deadline |
|---|---|
| Mandatory Settlement Conference | February 3, 2021 at 1:30 p.m. |
| Mandatory Settlement Conference Briefs | January 27, 2021 |
| Pretrial Disclosures | February 18, 2021 |
| Memorandum of Contentions of Fact & Law | February 18, 2021 |
| Meeting of Counsel pursuant to Local Civ. R. 16.1.f.4. | February 25, 2021 |
| Defendant counsel to provide draft Pretrial Order | March 4, 2021 |
| Lodge Proposed Final Pretrial Order | March 11, 2021 |
| Pretrial Conference | March 18, 2021 at 1:30 p.m. |

**IT IS SO ORDERED**.

Dated:  December 15, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge