UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, et al.,<br><br>  Defendants. | Case No.: 18-cv-00361-JLS (DEB)<br><br>**ORDER: GRANTING PLAINTIFF'S REQUEST FOR ADEQUATE COMMUNICATION; REQUIRING STATUS REPORT; AND VACATING STATUS CONFERENCE**<br><br>**[DKT. NO. 214]** |

Before the Court is Plaintiff's Request for Adequate Communicat[ion] During Settlement Conference. Dkt. No. 214. The Court GRANTS Plaintiff's Request as follows: on or before **February 18, 2021**, Defendants must file a Status Report describing what accommodations Plaintiff will receive so he can participate in a Mandatory Settlement Conference ("MSC") in a confidential setting, and when these accommodations will be in place. The Court will reset the MSC upon receipt of Defendants' Status Report.

/ /

/ /

/ /

/ /

/ /

In light of this Order, the Court VACATES the February 18, 2021 Status Conference.

**IT IS SO ORDERED**.

Dated: February 10, 2021

Honorable Daniel E. Butcher
United States Magistrate Judge