UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, et al.,<br><br>Defendants. | Case No.: 18-cv-00361-JLS (DEB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO VACATE THE SCHEDULING ORDER**<br><br>**[DKT. NO. 210]** |

Before the Court is Defendants' *Ex Parte* Application to Vacate the Scheduling Order Pending a Ruling on Defendants' Motion for Summary Judgment. Dkt. No. 210. Good cause appearing, the Court **GRANTS** the Application and vacates all dates and deadlines in the operative Scheduling Order. Dkt. No. 198. The Court will reset these dates, if necessary, following the ruling on Defendants' Motion for Summary Judgment. Dkt. No. 181. The Court's Order (Dkt. No. 215) remains in effect.

**IT IS SO ORDERED**.

Dated:  February 11, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge