UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  18-cv-00361-JLS (DEB)<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR CLARIFICATION ON THE MANDATORY SETTLEMENT CONFERENCE SCHEDULING [DKT. NO. 225]; AND VACATING THE MANDATORY SETTLEMENT CONFERENCE** |

　　　　Before the Court is Plaintiff's Request for Clarity of Mandatory Settlement Conference Scheduling. Dkt. No. 225. In this document, Plaintiff states that the upcoming Mandatory Settlement Conference ("MSC") "appears futile" in light of the Defendants' pending Motion for Summary Judgment ("MSJ"). *Id.* at 2. Plaintiff also states that he "believes that not ruling on defendant's MSJ prior to said conference wholly benefits defendant." *Id*.

//
//
//

1

1  The Court construes Plaintiff's filing as a motion to continue the MSC, which is
2  presently set for March 16, 2021. So construed, the Court GRANTS Plaintiff's Motion and
3  VACATES the March 16, 2021 MSC. The Court will reset the MSC, if necessary,
4  following the Court's ruling on the pending MSJ.

5  **IT IS SO ORDERED**.

6  Dated:  March 9, 2021

Honorable Daniel E. Butcher
United States Magistrate Judge