1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| MYCHAL ANDRA REED, | Case No.:  18-cv-00361-JLS-DEB |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR COPIES** |
| v. | |
| D. PARAMO, et al., | |
| Defendants. | **[ECF No. 240]** |

17      Presently before the Court is pro se Plaintiff Mychal Andra Reed's "Request for

18  Copy of His Opposition to Magistrate[']s Report and Recommendation."  (ECF No. 240.)

19  In his motion, Plaintiff requests that the Court send him a copy of his "opposition

20  documents" to Magistrate Judge Butcher's Report and Recommendation ("R&R") so that

21  Plaintiff "can authenticate that they are the actual documents that he sent" to the Court and

22  verify that prison staff did not "tamper" with them.  (*Id.* at 3–4.)  Plaintiff also requests that

23  the Court provide him with "the current status of the case."  (*Id.* at 5.)

24      Plaintiff's request for a copy of his Objection to Judge Butcher's R&R at the Court's

25  expense is hereby **DENIED**.  Although Plaintiff is proceeding *in forma pauperis*, the

26  statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not

27  include the right to obtain court documents without payment.  *See Sands v. Lewis*, 889 F.2d

28  1166, 1169 (9th Cir. 1990) (per curiam) (stating that prisoners have no constitutional right

to free photocopy services), *overruled on other grounds by Lewis v. Casey*, 518 U.S. 343, 350–55 (1996); *see also In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990) ("[28 U.S.C. § 1915] does not give the litigant a right to have documents copied and returned to him at government expense.").   As to Plaintiff's status request, Plaintiff's Objection to Judge Butcher's R&R is pending before the Court, and the Court has taken the matter under submission.  In due course, the Court will rule on Plaintiff's Objection.

**IT IS SO ORDERED.**

Dated:  November 15, 2021

Hon. Janis L. Sammartino
United States District Judge

18-cv-00361-JLS-DEB