UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>D. PARAMO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-361 JLS (DEB)<br><br>**ORDER CONTINUING PARTIES' DEADLINE TO MEET AND CONFER REGARDING PRETRIAL DATES**<br><br>(ECF No. 251) |

　　　　Presently before the Court are the Parties' Joint Statement Regarding Parties' Meet and Confer ("Joint Statement," ECF No. 251) and Plaintiff's Reply and Objections to Order Dated May 27, 2022 ("Objs.," ECF No. 252), which the Court, in its discretion, liberally construes as a motion for reconsideration. In their Joint Statement, the Parties indicate that, as requested in the Court's May 27, 2022 Order, they have met and conferred telephonically regarding pretrial dates and deadlines, but they ask the Court to continue their deadline to meet and confer in light of Plaintiff's Objections. *See generally* Joint Statement.

/ / /

/ / /

/ / /

1  Good cause appearing, the Court **CONTINUES** the Parties' deadline to meet and confer regarding pretrial dates until the Court has ruled on Plaintiff's motion for reconsideration.

**IT IS SO ORDERED.**

Dated: June 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge