UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>       Plaintiff,<br><br>v.<br><br>D. PARAMO, et al.,<br><br>       Defendants. | Case No.: 18-CV-361 JLS (DEB)<br><br>**ORDER (1) GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR COUNSEL, (2) EXTENDING DEADLINES, AND (3) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO TRANSFER**<br><br>(ECF Nos. 256, 259 & 260) |

Presently before the Court are Plaintiff Mychal Andra Reed's Request to Remain Pro-Per Litigant ("Mot. to Withdraw," ECF No. 259), which the Court construes as a motion to withdraw his Motion for Counsel (ECF No. 256), and Plaintiff's Request for This Court to Transfer His Case to Eastern District and Request for Extension of All This Court's Proceedings ("Transfer Mot.," ECF No. 260).

Although the Court strongly encourages Plaintiff to take advantage of the resource of Court-appointed pro bono counsel, the Court also is mindful that it is Plaintiff's prerogative to continue to represent himself if that is his preference. Accordingly, the

///

1  Court **GRANTS** Plaintiff's Motion to Withdraw (ECF No. 259).  The Clerk of the Court
2  **SHALL STRIKE** Plaintiff's Motion for Counsel (ECF No. 256) from the Docket.

3      Plaintiff's Transfer Motion requests transfer of this matter to the United States
4  District Court, Eastern District of California, because Plaintiff (1) resides at California
5  Correctional Institution ("CCI"), located within the Eastern District's jurisdiction; and (2)
6  is an inmate, and accordingly litigating in the Southern District "would unfairly burden not
7  only Plaintiff but also CDCR, who would have to transport him to Court."  Transfer Mot.
8  at 1–2.  The Transfer Motion also requests an extension of proceedings and deadlines in
9  this matter "until the end of October 2022 or when this Court deems appropriate thereafter"
10 in light of a September 16, 2022 pretrial hearing and September 27, 2022 trial in another
11 civil matter.  *Id.* at 3.  Plaintiff notes that he has discussed this request with Defendant's
12 counsel, who "ha[s] no problem with" the request.  *Id.* at 4.

13     To the extent the Transfer Motion seeks an extension of deadlines, the Court
14 **GRANTS** the request.  The Court **EXTENDS** the deadline for the Parties to meet and
15 confer concerning pretrial issues and to file a list of proposed pretrial dates to <u>October 28,
16 2022</u>.

17     However, to the extent the Transfer Motion seeks a transfer of venue to the Eastern
18 District, the Court **DENIES** said request **WITHOUT PREJUDICE**.  Under 28 U.S.C.
19 § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a
20 district court may transfer any civil action to any other district or division where it might
21 have been brought or to any district or division to which all parties have consented."
22 Plaintiff's Transfer Motion does not indicate that sole remaining Defendant E. Zendejas
23 has consented to transfer to the Eastern District; accordingly, transfer is not appropriate
24 pursuant to the second ground.  Nor does the Transfer Motion explain how the first ground
25 is satisfied, as Plaintiff does not address whether venue under 28 U.S.C. § 1391 is proper
26 in the Eastern District or whether the Eastern District would have personal jurisdiction over
27 Defendant such that this case "might have been brought" in the Eastern District.  Should
28 Defendant consent to the transfer or should Plaintiff be able to make a showing that this

action could have been filed in the Eastern District, the Court will entertain a renewed motion to transfer; at this time and on the present showing, however, transfer is not warranted.

**IT IS SO ORDERED.**

Dated: August 26, 2022

Hon. Janis L. Sammartino
United States District Judge