UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>         Plaintiff,<br><br>v.<br><br>D. PARAMO, et al.,<br><br>         Defendants. | Case No.: 18-CV-361 JLS (DEB)<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER REGARDING PRETRIAL ISSUES AND TO FILE A PROPOSED SCHEDULE OF PRETRIAL DATES AND DEADLINES**<br><br>(ECF Nos. 267–70) |

  In a January 5, 2023 Order, the Court ordered the Parties to meet and confer concerning pretrial issues and file a list of proposed pretrial dates on or before February 10, 2023. *See* ECF No. 267 at 8. On January 23, 2023, Plaintiff Mychal Andra Reed filed a petition for writ of mandamus in the United States Court of Appeals for the Ninth Circuit, arguing that this Court abused its discretion in refusing to recuse from his case. *See generally* ECF No. 269. On January 24, 2023, Defendant E. Zendejas filed Defendant's Proposed Schedule of Pretrial Dates and Deadlines ("Def.'s Proposed Sched.," ECF No. 268). Defendant's Proposed Schedule indicated that the Parties had met and conferred telephonically on January 24, 2023, at which time Plaintiff conveyed his belief "that we cannot proceed in this matter until the Ninth Circuit Court of Appeals rules on his petition

for a writ of mandate." *Id.* at 1–2.  On February 27, 2023, a panel of the Ninth Circuit denied Plaintiff's petition.  *See* ECF No. 270.

Accordingly, the Court once more **ORDERS** the Parties to meet and confer concerning pretrial issues and to file a list of proposed pretrial dates and deadlines <u>on or before March 13, 2023</u>.  Should Plaintiff again refuse to participate meaningfully in this process with Defendant, Defendant may file her own list of proposed pretrial dates and deadlines for the Court's consideration.

**IT IS SO ORDERED.**

Dated:  February 28, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge